UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   02 CR 177 |
| | ) | Magistrate Judge Nolan |
| KEVIN TURNER, et al. | ) | |

## ORDER

The motion of the United States to dismiss the criminal complaint in this matter without prejudice is granted.

ENTER:

*[signature]*
MAGISTRATE JUDGE NAN R. NOLAN
United States Magistrate Judge

Date: 5/25/06